TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, Montana 59807
101 East Front Street, Suite 101
Missoula, Montana 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tara.Elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVIN NEIL FARLEY,<br><br>Defendant. | CR 22-23-M-DLC<br><br>APPLICATION<br>WRIT OF HABEAS CORPUS<br>(For Prosecution) |
|---|---|

The United States of America, represented by Assistant United States Attorney Tara J. Elliott, petitions the Court to issue a Writ of Habeas Corpus directing the Director of the Missoula County Detention Center, Missoula, Montana and the United States Marshal for the District of Montana, to bring Devin Neil Farley before the Court at the following time and place:

1

1:30 P.M., Tuesday, May 31, 2022

United States Magistrate Court, Missoula, Montana

The presence of Devin Neil Farley is needed to permit him to answer the Indictment charging him with the following violations of the laws of the United States:

21 U.S.C. § 846 – Conspiracy to Distribute Methamphetamine

21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine

21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine

18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime

The Indictment was filed on April 27, 2022. The Defendant is presently under the custody and control of the Missoula County Detention Center and confined at the Missoula County Detention Center, Missoula, Montana and therefore cannot appear before this Court unless this Writ is issued.

DATED this 28th day of April, 2022.

                                                LEIF M. JOHNSON
                                                United States Attorney

                                                */s/ Tara J. Elliott*
                                                TARA J. ELLIOTT
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff