IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVIN NEIL FARLEY and DEVA CRYSTAL HARTSOE,<br><br>Defendants. | CR 22–23–M–DLC<br><br><br><br>ORDER |

Before the Court is United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 69.) Defendant Devin Neil Farley has been adjudged guilty of distribution of methamphetamine, as charged in Count VII of the Indictment. (Doc. 57.) Defendant Deva Crystal Hartsoe has been adjudged guilty of distribution of methamphetamine, as charged in Count V of the Indictment. (Doc. 56.) As such, there is a factual basis and cause to issue an order of forfeiture against each of these defendants, pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED the motion (Doc. 69) is GRANTED.

IT IS FURTHER ORDERED that Defendants' interest in the following

1

property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11):

(1) One Springfield XD40 .40 Cal Handgun SN:XD396865 with empty magazine;

(2) $810.00 U.S. Currency;

(3) One Camillus Carnivorex Machete with case;

(4) One Motorola Cellphone with teal case;

(5) 10 rounds of .40 Caliber ammo; and

(6) 1 .40 Caliber Shell Casing.

IT IS FURTHER ORDERED that the FBI, the United States Marshals Service, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United

States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture in which all interests will be addressed.

DATED this 30th day of November, 2022.

_____
Dana L. Christensen, District Judge
United States District Court