IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVIN NEIL FARLEY and DEVA CRYSTAL HARTSOE,<br><br>Defendants. | CR 22–23–M–DLC<br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 88.) Having reviewed said motion, the Court finds:

1.  The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

2.  A Preliminary Order of Forfeiture was entered on November 30, 2022. (Doc. 78.)

3.  All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 84.)

4.  It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

5.  A valid Petition for remission of the $810.00 in U.S. Currency was

1

filed by the State of Montana Child Support Services Division on December 27, 2022. (Doc. 83). The United States has reviewed the claim, agrees the claim is legitimate, and requests that the petition be granted. (Doc. 89 at 3.)

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 88) and petition for remission (Doc. 83) are GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11), free from the claims of any other party:

- One Springfield XD40 .40 Cal Handgun SN:XD396865 with empty magazine;
- One Camillus Carnivorex Machete with case;
- One Motorola Cellphone with teal case;
- 10 rounds of .40 Caliber ammo; and
- 1 .40 Caliber Shell Casing.

3. The $810.00 in U.S. Currency shall be remitted to the State of Montana Child Support Services Division for distribution to the owed parent.

4. The United States shall have full and legal title to the other, unclaimed forfeited property and may dispose of it in accordance with law.

DATED this 10th day of March, 2023.

_____
Dana L. Christensen, District Judge
United States District Court